UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL BOLDEN,<br><br>         Plaintiff,<br><br>   -against-<br><br>RIKERS ISLAND DOC; BOB BARKER COMPANY INC,<br><br>         Defendants. | 25-cv-7073 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 13, 2025, order, this action is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 19, 2025
    New York, New York

                /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge